IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00867-MSK-KLM

MEDCORP, INC., an Ohio corporation,

    Plaintiff,

v.

PINPOINT TECHNOLOGIES, INC., a Delaware corporation, and
ZOLL DATA SYSTEMS, INC., a Delaware corporation,

    Defendant(s).

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the **Motion for Withdrawal of Marcus A. Berg Esq. as Plaintiff's Counsel** [Docket No. 24; Filed August 15, 2008] ("Motion to Withdraw") and the **Joint Motion for Entry of Stipulated Protective Order** [Docket No. 23; Filed August 15, 2008] ("Joint Motion").

IT IS HEREBY **ORDERED** that the Motion to Withdraw [#24] is **GRANTED**. Attorney Marcus A. Berg is relieved of any further representation of Plaintiff in the above-captioned matter. The Clerk is instructed to delete Mr. Berg as an attorney of record, and to remove his name from the electronic certificate of mailing.

IT IS HEREBY **ORDERED** that the Joint Motion [#23] is **GRANTED**.

IT IS FURTHER **ORDERED** that the Stipulated Protective Order is **accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.

Dated: August 18, 2008