IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00867-MSK-KLM

MEDCORP, INC., an Ohio corporation,

　　Plaintiff,

v.

PINPOINT TECHNOLOGIES, INC., a Delaware corporation, and
ZOLL DATA SYSTEMS, INC., a Delaware corporation,

　　Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

　　This matter is before the Court on Plaintiff's **Unopposed Motion to Modify Scheduling Order** [Docket No. 38; Filed November 13, 2008] (the "Motion").

　　IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on July 14, 2008 [Docket No. 21], and amended on November 3, 2008 [Docket No. 37], is modified to extend the deadlines for expert disclosures as follows:

- Expert Disclosure Deadline　　**January 30, 2009**
- Rebuttal Expert Disclosure Deadline　　**March 2, 2009**

　　The Court notes that until resolution of Plaintiff's contested Motion to Amend Scheduling Order [Docket No. 33], which seeks to extend the discovery cutoff and increase the number of depositions allowed per party, the discovery cutoff remains February 2, 2009.

Dated: November 17, 2008