IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00867-MSK-KLM

MEDCORP, INC., an Ohio corporation,

     Plaintiff,

v.

PINPOINT TECHNOLOGIES, INC., a Delaware corporation, and
ZOLL DATA SYSTEMS, INC., a Delaware corporation,

     Defendant(s).
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order** [Docket No. 55; Filed January 30, 2009] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on July 14, 2008 [Docket No. 21], and amended on November 3, 2008 and November 17, 2008 [Docket Nos. 37 & 41], is modified to extend the discovery deadline to **April 3, 2009**.

     IT IS FURTHER **ORDERED** that the parties shall designate expert witnesses by **January 30, 2009** and produce expert reports by **February 6, 2009**.  In the event that new information becomes available to expert witnesses after production of reports, the parties may  file supplemental reports until the discovery deadline of April 3, 2009.

Dated:  February 2, 2009