UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 08-cv-00867-MSK-KLM

MEDCORP, INC., an Ohio corporation,
    Plaintiff,

v.

PINPOINT TECHNOLOGIES, INC., a Delaware corporation, and
ZOLL DATA SYSTEMS, INC., a Delaware corporation
    Defendants

## ORDER

### ENTERED BY SPECIAL MASTER KEVIN D. ALLEN

This matter is before the Special Master on the **Defendants' Emergency Motion for Protective Order** [Docket No.106; Filed July 10, 2009] (the "Motion").

It is hereby **ORDERED** that the Plaintiff shall have through today, **July 13, 2009** in which to file a response to the Motion. No reply will be permitted unless requested by the Special Master.

Dated: July 13, 2009