# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 08-cv-00867-MSK-KLM

MEDCORP, INC., an Ohio corporation,
    Plaintiff,

v.

PINPOINT TECHNOLOGIES, INC., a Delaware corporation, and
ZOLL DATA SYSTEMS, INC., a Delaware corporation
    Defendants

---

## ORDER BY SPECIAL MASTER CLARIFYING DOCUMENTS TO BE SEALED

---

This Order shall clarify the Special Master's prior Order Granting Plaintiff Medcorp's Unopposed Motion to Seal Exhibits filed and attached to Medcorp's Docket No. 116 (Docket No. 129), hereinafter referred to as "Motion to Seal."

In that Order, the Motion to Seal was granted with respect to Exhibits 4-7, 12 and 13 to Docket No. 116, subject to further orders pertaining to de-designation of documents. Those exhibits correspond to Docket Nos. 116-5 through 8, 116-11 and 116-12. I note that Plaintiff Medcorp has now filed, under seal, documents that are a part of Exhibits 12 and 13 to Docket No. 116. All of these documents shall remain sealed, subject to further orders pertaining to de-designation of documents. It is hereby ORDERED that all exhibits other than Exhibits 4-7, 12 and 13 to Docket No. 116 be unsealed.

Dated this 30th day of July, 2009.

                                        **BY THE SPECIAL MASTER:**

                                        /s/ Kevin D. Allen
                                        Kevin D. Allen