# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 08-cv-00867-MSK-KLM

MEDCORP, INC., an Ohio corporation,
    Plaintiff,

v.

PINPOINT TECHNOLOGIES, INC., a Delaware corporation, and
ZOLL DATA SYSTEMS, INC., a Delaware corporation
    Defendants

---

# ORDER

**ENTERED BY SPECIAL MASTER KEVIN D. ALLEN**

    This matter is before the Special Master on **Medcorp's Motion and Memorandum to De-Designate Defendants' Documents Improperly Designated as Confidential** [Docket No.116; Filed July 15, 2009] (the "Motion").

    It is hereby **ORDERED** that the Defendants shall have through **October 12, 2009** in which to file a response to the Motion. Plaintiff shall have through **October 19, 2009** in which to file a reply.

    With regard to future discovery matters assigned to the Special Master for determination, no opposed discovery motion shall be filed until the parties comply with D.C. Colo. L. Civ. R. 7.1(A). A failure to meaningfully confer will be grounds for denying the motion.

Dated: October 2, 2009