# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 08-cv-00867-MSK-KLM

MEDCORP, INC., an Ohio corporation,
    Plaintiff,

v.

PINPOINT TECHNOLOGIES, INC., a Delaware corporation, and
ZOLL DATA SYSTEMS, INC., a Delaware corporation
    Defendants

## ORDER

**ENTERED BY SPECIAL MASTER KEVIN D. ALLEN**

    This matter is before the Special Master on **Medcorp's Combined Motion and Memorandum for Sanctions Against Zoll Data Systems, Inc.** [Docket No.141; Filed October 1, 2009] (the "Motion").

    It is hereby **ORDERED** that the Defendants shall have through **October 13, 2009** in which to file a response to the Motion. Plaintiff shall have through **October 20, 2009** in which to file a reply.

Dated: October 6, 2009