# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 08-cv-00867-MSK-KLM

MEDCORP, INC., an Ohio corporation,
    Plaintiff,

v.

PINPOINT TECHNOLOGIES, INC., a Delaware corporation, and
ZOLL DATA SYSTEMS, INC., a Delaware corporation
    Defendants

---

## ORDER

**ENTERED BY SPECIAL MASTER KEVIN D. ALLEN**

This matter is before the Special Master on **Defendants' Motion for Discovery Sanctions and Request for Hearing** [Docket Nos. 154 and 161; Filed October 9, 2009] (the "Motion").

It is hereby **ORDERED** that the Plaintiff shall have through **October 29, 2009** in which to file a response to the Motion. Defendants shall have through **November 13, 2009** in which to file a reply.

Defendants request a hearing on the Motion pursuant to Fed.R.Civ.P. 37. The necessity for such a hearing will be determined after submission of the response and reply.

Dated: October 14, 2009