# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 08-cv-00867-MSK-KLM

MEDCORP, INC., an Ohio corporation,
    Plaintiff,

v.

PINPOINT TECHNOLOGIES, INC., a Delaware corporation, and
ZOLL DATA SYSTEMS, INC., a Delaware corporation
    Defendants

## ORDER

**ENTERED BY SPECIAL MASTER KEVIN D. ALLEN**

    This matter is before the Special Master on **Defendants' Motion to Seal Exhibit A and an Unredacted Version of Defendants' Response to Medcorp's Combined Motion and Memorandum for Sanctions Against Zoll** [Docket No. 165; Filed October 13, 2009] (the "Motion").

    The Motion is not designated as unopposed pursuant to D.C.Colo.LCivR 7.1B. Therefore, it is hereby **ORDERED** that the Plaintiff shall have through **October 23, 2009** in which to file a response to the Motion. If a response in opposition is filed, Defendants shall have through **October 30, 2009** in which to file a reply. If Plaintiff indicates that it does not oppose the motion, or otherwise fails to file a timely response, a ruling on the motion shall then enter.

Dated: October 20, 2009