## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 08-cv-00867-MSK-KLM

MEDCORP, INC., an Ohio corporation,
    Plaintiff,

v.

PINPOINT TECHNOLOGIES, INC., a Delaware corporation, and
ZOLL DATA SYSTEMS, INC., a Delaware corporation
    Defendants

## ORDER

**ENTERED BY SPECIAL MASTER KEVIN D. ALLEN**

    This matter is before the Special Master on **Defendants' Renewed Motion to Seal Unredacted Version of Medcorp's Combined Motion and Memorandum for Sanctions Against Zoll** [Docket No. 173; Filed October 19, 2009] (the "Renewed Motion").

    While the original Motion to Seal Medcorp's Motion for Sanctions (Docket No. 140) was unopposed, that motion was denied in part. The Renewed Motion is not designated as unopposed pursuant to D.C.Colo.LCivR 7.1B. Therefore, it is hereby **ORDERED** that the Plaintiff shall have through **October 26, 2009** in which to file a response to the Renewed Motion. If a response in opposition is filed, Defendants shall have through **October 30, 2009** in which to file a reply. If Plaintiff indicates that it does not oppose the motion, or otherwise fails to file a timely response, a ruling on the motion shall then enter.

Dated: October 22, 2009