# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 08-cv-00867-MSK-KLM

MEDCORP, INC., an Ohio corporation,
    Plaintiff,

v.

PINPOINT TECHNOLOGIES, INC., a Delaware corporation, and
ZOLL DATA SYSTEMS, INC., a Delaware corporation
    Defendants

## ORDER

**ENTERED BY SPECIAL MASTER KEVIN D. ALLEN**

This matter comes before the Special Master on Defendants' **Motion for Protective Order** [Docket No. 202; Filed November 5, 2009] (the "Motion").

It appears from the Motion that it was filed in an abundance of caution by Defendants, in order to stay any requirement that Defendants' counsel appear in Dallas, Texas for a deposition that was not to take place as a result of objections raised in that jurisdiction pertaining to the scope and location of the deposition.

It is unclear whether it is necessary for the Special Master to take any action with respect to the Motion, or whether the underlying dispute giving rise to the Motion has been resolved. Accordingly, the parties will be provided the opportunity to give further guidance on the matter to the Special Master.  It is hereby **ORDERED** the Plaintiff shall have through **November 20, 2009** in which to file a response to the Motion.  Defendants shall have through **November 27, 2009** in which to file a reply.

Dated this 16th day of November, 2009