# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 08-cv-00867-MSK-KLM

MEDCORP, INC., an Ohio corporation,
    Plaintiff,

v.

PINPOINT TECHNOLOGIES, INC., a Delaware corporation, and
ZOLL DATA SYSTEMS, INC., a Delaware corporation
    Defendants

# ORDER

**ENTERED BY SPECIAL MASTER KEVIN D. ALLEN**

This matter comes before the Special Master on Defendants' **Unopposed Motion to Withdraw Motion for Protective Order** [Docket No. 219; Filed November 23, 2009] (the "Motion").

It is hereby ORDERED that Defendants' Motion is GRANTED and that Defendants' Motion for Protective Order [Docket No. 202; Filed November 5, 2009] is deemed withdrawn.

Dated this 9th day of December, 2009