# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 08-cv-00867-MSK-KLM

MEDCORP, INC., an Ohio corporation,
    Plaintiff,

v.

PINPOINT TECHNOLOGIES, INC., a Delaware corporation, and
ZOLL DATA SYSTEMS, INC., a Delaware corporation
    Defendants

## ORDER REGARDING DEFENDANTS' MOTION FOR DISCOVERY SANCTIONS

**ENTERED BY SPECIAL MASTER KEVIN D. ALLEN**

    This matter comes before the Special Master on **Defendants' Motion For Discovery Sanctions** and exhibits related to that motion (Docket Nos. 154 and 161) ("Motion for Sanctions").  A hearing on the Motion for Sanctions was held at the offices of the Special Master, Allen & Vellone, P.C., on December 16, 2009.  As a result of the briefing on the Motion for Sanctions, and the arguments raised at the hearing, the Special Master enters the following Order:

1. The parties shall have until December 24, 2009 to provide additional legal authority, as further described at the hearing, not already provided to the Special Master in support of their respective positions;

2. The Plaintiff shall have until December 24, 2009 in which to provide additional affidavits, submitted by employees or representatives who have personal knowledge, in support of its allegation at the hearing that the hard drives contained in the approximately 60 workstation PCs that were disposed of over the two year period from April 2007 to April 2009 continue to be stored by Plaintiff.

The affidavits should also describe the number of hard drives stored, the condition and any alterations to the hard drives since removal from the workstation PCs, and whether the hard drives are capable of being mirror imaged.

Based upon the information provided as ordered herein, the Special Master will determine whether a ruling on the Motion for Sanctions will be forthcoming or any additional briefing or hearing, including the taking of evidence, will be necessary.

Dated this 18th day of December, 2009