# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 08-cv-00867-MSK-KLM

MEDCORP, INC., an Ohio corporation,
    Plaintiff,

v.

PINPOINT TECHNOLOGIES, INC., a Delaware corporation, and
ZOLL DATA SYSTEMS, INC., a Delaware corporation
    Defendants

---

## ORDER BY SPECIAL MASTER

---

This matter comes before the Special Master on Plaintiff **Medcorp's Unopposed Motion to Seal** (Docket No. 250) ("Motion to Seal"). Pursuant to the Minute Order of Magistrate Judge Kristen L. Mix entered on March 19, 2010 (Docket No. 254), the Special Master is authorized to enter this order.

Based on the arguments contained in the Motion to Seal, I am unclear as to the position of the Defendants. Accordingly, the Defendants shall have until Friday, April 2, 2010, in which to file a response to the Motion to Seal, setting forth their position with respect to sealing the deposition transcripts attached as exhibits to Medcorp's Supplemental Brief in Opposition to Zoll's Motion for Sanctions (Docket No. 248).

Dated this 26th day of March, 2010

BY THE SPECIAL MASTER:


/s/ Kevin D. Allen
Kevin D. Allen