# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: June 29, 2010 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 08-cv-00867-MSK-KLM

| *Parties*: | *Counsel Appearing:* |
|---|---|
| MEDCORP, INC., an Ohio corporation, | Scott Burris (by telephone) |
| Plaintiff and Counterdefendant, | |
| v. | |
| PINPOINT TECHNOLOGIES, INC., a Delaware corporation, and ZOLL DATA SYSTEMS, INC., a Delaware corporation, | Regina Rodriguez |
| Defendants and Counterclaimants. | |

## COURTROOM MINUTES

HEARING: Rule 16

**2:06 p.m.  Court in session.**

The Court addresses the Rule 702 Motions (**Doc. #281 and 290**), including non-compliance with this Court's procedures, practice standards and purpose of the hearing.

**ORDER:** The Rule 702 Motions (**Doc. #281 and # 290**) are **DENIED**. The parties will file a **joint** Rule 702 Motion by either do days from today's date (July 29, 2010 ) **or** 10 days after the parties have their conference with Magistrate Judge Mix, whichever date is later. If no conference is scheduled, the 30 day period will be operative.

The Court addresses the Motions to Seal (**Doc. #282, #305**).

**ORDER:**    The Motions to Seal (**Doc. #282, #305**) are **DENIED**.  The parties will file an appropriate Motion to Seal that complies with Local Rule 7.2 by **July 6, 2010.**  Failure to file such motion, the documents that have been presumptively sealed will be unsealed.

The Court addresses Motion for Judgment (**Doc. #303**).

Counsel Burris states payment has been mailed and once payment is received the Special Master has indicated he will withdraw the motion.

**ORDER:**    Motion for Judgment (**Doc. #303**) is **GRANTED**, but the effect is stayed until **July 6, 2010.**   If the Motion is withdrawn, the Order will be vacated.

The Court addresses defendant's second Motion for Summary Judgment (**Doc. #285**).

Statements  from both counsel.  Defense counsel requests that the parties contact Magistrate Judge Mix  within the next 7 days to set a status conference and request subsequent deadlines be moved.  Plaintiff objects to moving certain deadlines.

**ORDER:**    The Final Pretrial Conference that was reset for **September 16, 2010 at 4:00 p.m.**   is **VACATED** and will not be reset until Magistrate Mix advises she has concluded a conference with the parties.

The Court addresses the Motions to Seal (**Doc. #311, #313**).

**ORDER:**    The Motions to Seal (**Doc. #311, #313**) are **DENIED**, with leave to renew in conformance with the local rule.

**3:04 p.m.**    **Court in recess.**

**Total Time:   58 minutes.**
**Hearing concluded.**