UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 08-cv-00867-MSK-KLM

MEDCORP, INC., an Ohio corporation,
    Plaintiff,

v.

PINPOINT TECHNOLOGIES, INC., a Delaware corporation, and
ZOLL DATA SYSTEMS, INC., a Delaware corporation
    Defendants

---

**SPECIAL MASTER'S WITHDRAWAL OF MOTION FOR ENTRY OF JUDGMENT FOR PAYMENT OF FEES AND DISBURSEMENTS**

---

The Special Master hereby withdraws his Motion for Entry of Judgment for Payment of Fees and Disbursements ("Motion") (Docket No. 303). As grounds therefore, the Special Master states as follows:

1. Plaintiff Medcorp has made payment of the fees and disbursements at issue in Special Master's Motion.

2. Pursuant to the Court's Order addressing the Motion (Docket No. 319), the Special Master withdraws his Motion.

WHEREFORE, the Special Master prays for an Order Granting the withdrawal of the Motion.

Dated this 6th day of July, 2010

                                  Respectfully submitted,

                                  */s/ Kevin D. Allen*
                                  Special Master Kevin D. Allen
                                  Allen & Vellone, P.C.
                                  1600 Stout St., Suite 1100
                                  Denver, CO 80202

## CERTIFICATE OF MAILING

I hereby certify that on this 6th day of July, 2010, a true and correct copy of the foregoing Motion was served via US Mail upon the following:

Scott Burris, Esq.
Gibson Lowry Burris LLP
7201 West Lake Mead Boulevard, Suite 503
Las Vegas, Nevada 89128

Mary V. Sooter, Esq.
Laura A. Hutchings, Esq.
FAEGRE & BENSON LLP
1900 Fifteenth Street
Boulder, CO 80302

*Pursuant to C.R.C.P. 121, § 1-26(7), a printed copy of this document with original signatures shall be maintained by the filing party and made available for inspection by other parties or the court upon request.*

*/s/ Beth Wagschal*
Beth Wagschal