IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 08-cv-00867-WJM-KLM

MEDCORP, INC., an Ohio Corporation,

    Plaintiff

v.

PINPOINT TECHNOLOGIES, INC., a Delaware Corporation, and
ZOLL DATA SYSTEMS, INC., a Delaware Corporation,

    Defendants.

_____

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS COUNTERCLAIMS**
_____

This matter is before the Court on Defendant/Counterclaimant's Unopposed Motion to Dismiss filed May 4, 2011, (ECF No. 424). The Court being fully advised hereby ORDERS as follows:

The Unopposed Motion to Dismiss Defendant/Counterclaimant, ZOLL Data Systems, Inc., counterclaims is GRANTED. The counterclaims of Defendant/Counterclaimant, ZOLL Data Systems, Inc., are hereby DISMISSED WITHOUT PREJUDICE. Each party shall pay its own attorney's fees and costs.

Dated this 6th day of May, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge