IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00867-WJM-KLM

MEDCORP, INC., an Ohio corporation,

    Plaintiff,

v.

PINPOINT TECHNOLOGIES, INC., a Delaware corporation, and
ZOLL DATA SYSTEMS, INC., a Delaware corporation,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant ZOLL Data Systems, Inc.'s **Motion to Withdraw its Motion for Attorneys' Fees** [Docket No. 438; Filed August 22, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that Defendant ZOLL Data Systems, Inc.'s **Motion for Attorneys' Fees** [Docket No. 419; Filed April 4, 2011] is **WITHDRAWN**.

    IT IS FURTHER **ORDERED** that the obligation imposed by the Minute Order issued August 17, 2011 [Docket No. 437] is **DISCHARGED**.

Dated:  August 22, 2011